**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., | ) |
| | ) |
| *Plaintiff/Counterclaim Defendant,* | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-11412-NMG |
| | ) |
| LABQ CLINICAL DIAGNOSTICS, LLC | ) |
| | ) |
| *Defendant/Counterclaim Plaintiff.* | ) |
| | ) April 1, 2026 |
| | ) |

**[~~PROPOSED~~] AMENDED SUMMARY JUDGMENT**

Pursuant to the Memorandum and Order dated 9/16/2025 and the Memorandum and Order dated 3/23/2026, it is ORDERED and ADJUDGED that summary judgment is hereby entered in favor of Revvity Health Sciences, Inc. (f/k/a PerkinElmer Health Sciences, Inc.) ("Revvity") as follows:

1. Revvity is awarded damages in the amount of $6,293,575 and pre-judgement interest in the amount of $2,265,687, for a total of $8,559,262.

2. Revvity is awarded attorneys' fees and costs in the amount of $1,847,446, for a total judgment amount of $10,406,708.

IT IS SO ORDERED:

Dated: This ___6th___ day of __April____, 2026

/s/ Nathaniel M. Gorton
HON. NATHANIEL M. GORTON

Dated: April 1, 2026

Respectfully Submitted,

/s/ *Erick M. Sandler*
Erick M. Sandler (BBO #653868)
*emsandler@daypitney.com*
Elizabeth A. Alquist (*pro hac vice*)
*eaalquist@daypitney.com*
Juliana M. Campochiaro (*pro hac vice*)
*jcampochiaro@daypitney.com*
Emily Ferriter Russo (*pro hac vice*)
*eferriterrusso@daypitney.com*
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-1212
Telephone:  (860) 275-0100
Fax:   (860) 881-2459

Naju R. Lathia
*nlathia@daypitney.com*
Amberly Antebi
*aantebi@daypitney.com*
Day Pitney LLP
8 Sylvan Way
Parsippany, NJ 07054
Telephone: (973) 966-8082
Fax: (973) 206-5804

Victoria R. Whalen (BBO #712540)
*twhalen@daypitney.com*
Day Pitney LLP
One Federal Street, 29th Floor
Boston, MA 02110
Telephone: (617) 345-4758
Fax: (617) 849-7492

*Attorneys for Plaintiff PerkinElmer Health
Sciences, Inc.*

-2-

125092256